UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: STEINER, FRANK E | § Case No. 08-72662 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/29/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 10/13/2010    By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: STEINER, FRANK E | § | Case No. 08-72662 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,006.46 |
| *and approved disbursements of* | $ 7,630.48 |
| *leaving a balance on hand of* [1] | $ 12,375.98 |

**Balance on hand:** $ 12,375.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,375.98 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - MEGAN G. HEEG | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 2,500.00 | 0.00 | 2,500.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 4,111.58 | 0.00 | 4,111.58 |

Total to be paid for chapter 7 administration expenses:    $    9,111.58
Remaining balance:    $    3,264.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for priority claims:    $    0.00
Remaining balance:    $    3,264.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,612.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| 2 | PYOD LLC its successors and assigns as assignee of | 3,683.96 | 0.00 | 311.45 |
| 3 | PYOD LLC its successors and assigns as assignee of | 8,749.50 | 0.00 | 739.70 |
| 4 | Discover Bank/DFS Services LLC | 13,273.75 | 0.00 | 1,122.19 |
| 5 | CHASE BANK USA | 5,400.96 | 0.00 | 456.61 |
| 6 | Fifth Third Bank | 5,654.79 | 0.00 | 478.07 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1,849.79 | 0.00 | 156.38 |

Total to be paid for timely general unsecured claims: $ 3,264.40
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 2                   Date Rcvd: Oct 29, 2010
Case: 08-72662                 Form ID: pdf006             Total Noticed: 37

The following entities were noticed by first class mail on Oct 31, 2010.
db           +Frank E Steiner,    126 Elmo St.,    South Beloit, IL 61080-1219
aty          +David H Carter,    Rockford Bankruptcy Clinic,    One Court Place   Suite 401,
               Rockford, IL 61101-1088
12530220     +ASC,   Box 1820,    Newark, NJ 07101-1820
12530222     +Bank of America,    Box 37271,    Baltimore, MD 21297-3271
12530221     +Bank of America,    Box 533512,    Atlanta, GA 30353-3512
12530223     +Bureau of Collection Recovery,     7575 Corporate Way,    Eden Prairie, MN 55344-2000
12806373     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14350209      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12530224     +Capital One,    Box 5294,    Carol Stream, IL 60197-5294
12530225     +Central Mortgage,    801 John Barrow,    Little Rock, AR 72205-6511
12530226     +Chase,   Box 15153,    Wilmington, DE 19886-5153
12530229      Citi Card,    Box 689802,    Des Moines, IA 50368
12530231     +City of Rockford,    City Legal Dept.,    425 E. State St.,    Rockford, IL 61104-1014
12530230     +City of Rockford,    Payment Center,    425 E. State St.,    Rockford, IL 61104-1014
12530232      Countrywide Home Loans,     P.O. Box 650070,    Dallas, TX 75265-0070
12595004     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court:  Ford Motor Credit Company LLC,     PO Box 537901,
               Livonia MI  48153-9905)
12530234     +Fifth Third Auto,    Box 630778,    Cincinnati, OH 45263-0778
12530235     +Fifth Third Bank,    Box 740789,    Cincinnati, OH 45274-0789
12938544     +Fifth Third Bank,    Attn: Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
               Grand Rapids MI 49546-8803
12530236     +First Franklin,    Box 660598,    Dallas, TX 75266-0598
12530237     +Ford Credit,    Box 790093,    Saint Louis, MO 63179-0093
12623060      Ford Motor Credit Company LLC,     c/o Steven L Nelson,    POB 3700,    Rock Island IL 61204-3700
12530238     +Home Depot,    Processing Center,    Des Moines, IA 50364-0001
12530239     +LaSalle Bank,    135 S. LaSalle St.,    Chicago, IL 60603-4177
12530240     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
             (address filed with court:  M&T Bank,     Box 1288,   Buffalo, NY 14240)
12530241     +Menards,    Box 17602,    Baltimore, MD 21297-1602
12530243     +RRWRD,   Box 6207,    Rockford, IL 61125-1207
12530244     +Sears,   Box 183082,    Columbus, OH 43218-3082
12571596     +Wells Fargo Bank,    Andrew J Nelson,    Pierce & Associates PC,    1 North Dearborn Suite 1300,
               Chicago IL 60602-4373
12530246     +Wells Fargo Mortgage,    Box 660455,    Dallas, TX 75266-0455

The following entities were noticed by electronic transmission on Oct 30, 2010.
aty          +E-mail/Text: KATHY@EGBBL.COM                              Douglas E Lee,
               Ehrmann Gehlbach Badger and Lee,    215 E First Street  #100,    POB 447,   Dixon, IL 61021-0447
tr           +E-mail/Text: KATHY@EGBBL.COM                              Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
12530233      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31      Discover  Card,   Box 30395,
               Salt Lake City, UT 84130
12755476      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
13020705      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2010 02:53:24
               FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
12530242      E-mail/Text: bankrup@nicor.com                             Nicor,   Box 416,    Aurora, IL 60568-0001
12755159      E-mail/Text: resurgentbknotifications@resurgent.com
               PYOD LLC its successors and assigns as assignee of,    Citibank,   Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
12530227*    +Chase,   Box 15153,    Wilmington, DE 19886-5153
12530228*    +Chase,   Box 15153,    Wilmington, DE 19886-5153
12530247*    +Wells Fargo Mortgage,    Box 660455,    Dallas, TX 75266-0455
12530245    ##+UMTH Lending Corp.,    1702 N. Collins Blvd. Suite 100,    Richardson, TX 75080-3662
                                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Oct 29, 2010
Case: 08-72662                Form ID: pdf006          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2010**     **Signature:** _Joseph Speetjens_