**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

In re: STEINER, FRANK E          § Case No. 08-72662
                                 §
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $632,380.00 *(without deducting any secured claims)* | Assets Exempt: $49,380.00 |
| Total Distribution to Claimants: $3,264.63 | Claims Discharged Without Payment: $117,486.12 |
| Total Expenses of Administration: $16,742.06 | |

3) Total gross receipts of $ 20,006.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,006.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $527,632.00 | $13,596.20 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,742.06 | 16,742.06 | 16,742.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 114,145.00 | 38,612.75 | 38,612.75 | 3,264.63 |
| **TOTAL DISBURSEMENTS** | $641,777.00 | $68,951.01 | $55,354.81 | $20,006.69 |

    4) This case was originally filed under Chapter 7 on August 19, 2008. The case was pending for 29 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/24/2011          By: /s/MEGAN G. HEEG
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other personal property of any kind | 1121-000 | 20,000.00 |
| Interest Income | 1270-000 | 6.69 |
| **TOTAL GROSS RECEIPTS** | | **$20,006.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4220-000 | N/A | 13,596.20 | 0.00 | 0.00 |
| NOTFILED | First Franklin | 4110-000 | 59,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4110-000 | 15,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Mortgage | 4110-000 | 49,857.00 | N/A | N/A | 0.00 |
| NOTFILED | LaSalle Bank | 4110-000 | 76,645.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Mortgage | 4110-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Auto | 4110-000 | 10,700.00 | N/A | N/A | 0.00 |
| NOTFILED | UMTH Lending Corp. | 4110-000 | 51,900.00 | N/A | N/A | 0.00 |
| NOTFILED | M&T Bank | 4110-000 | 45,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 50,650.00 | N/A | N/A | 0.00 |
| NOTFILED | ASC | 4110-000 | 47,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Mortgage | 4110-000 | 61,300.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $527,632.00 | $13,596.20 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 4,111.58 | 4,111.58 | 4,111.58 |
| Title Underwriters Agency | 2820-000 | N/A | 2,003.34 | 2,003.34 | 2,003.34 |
| Title Underwriters Agency | 2820-000 | N/A | 345.78 | 345.78 | 345.78 |
| Title Underwriters Agency | 2820-000 | N/A | 2,675.31 | 2,675.31 | 2,675.31 |
| Title Underwriters Agency | 3510-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| Title Underwriters Agency | 2500-000 | N/A | 278.00 | 278.00 | 278.00 |
| Title Underwriters Agency | 2500-000 | N/A | 35.75 | 35.75 | 35.75 |
| Title Underwriters Agency | 2500-000 | N/A | 10.00 | 10.00 | 10.00 |
| Title Underwriters Agency | 2500-000 | N/A | 20.00 | 20.00 | 20.00 |
| Title Underwriters Agency | 2500-000 | N/A | 191.26 | 191.26 | 191.26 |
| Title Underwriters Agency | 2500-000 | N/A | 81.04 | 81.04 | 81.04 |
| Title Underwriters Agency | 2500-000 | N/A | 40.00 | 40.00 | 40.00 |
| Carl Swanson, CPA | 3410-000 | N/A | 750.00 | 750.00 | 750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,742.06 | 16,742.06 | 16,742.06 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 3,150.00 | 3,683.96 | 3,683.96 | 311.47 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 7,775.00 | 8,749.50 | 8,749.50 | 739.75 |
| 4 | Discover Bank/DFS Services LLC | 7100-000 | 11,440.00 | 13,273.75 | 13,273.75 | 1,122.27 |
| 5 | CHASE BANK USA | 7100-000 | 4,692.00 | 5,400.96 | 5,400.96 | 456.64 |
| 6 | Fifth Third Bank | 7100-000 | 4,950.00 | 5,654.79 | 5,654.79 | 478.10 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 1,849.79 | 1,849.79 | 156.40 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 5,324.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 2,713.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford City Legal Dept. | 7100-000 | 31,500.00 | N/A | N/A | 0.00 |
| NOTFILED | RRWRD | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford Payment Center | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 1,727.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 1,403.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 21,486.00 | N/A | N/A | 0.00 |
| NOTFILED | Bureau of Collection Recovery | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,535.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 114,145.00 | 38,612.75 | 38,612.75 | 3,264.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-72662  **Trustee:** (330490) MEGAN G. HEEG
**Case Name:** STEINER, FRANK E  **Filed (f) or Converted (c):** 08/19/08 (f)
 **§341(a) Meeting Date:** 09/19/08
**Period Ending:** 01/24/11  **Claims Bar Date:** 01/14/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL ESTATE - scheduled | 52,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | REAL ESTATE - scheduled | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | REAL ESTATE - scheduled | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | REAL ESTATE - scheduled | 61,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | REAL ESTATE - scheduled | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | REAL ESTATE - scheduled | 79,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | REAL ESTATE - scheduled | 51,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | REAL ESTATE - scheduled | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | BANK ACCOUNTS | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | BANK ACCOUNTS | 30.00 | 0.00 | DA | 0.00 | FA |
| 12 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Books, art, antiques and collectibles | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 15 | Furs and jewelry | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | IRA, ERISA, Keogh, pension, profit sharing plan | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | AUTOMOBILES AND OTHER VEHICLES | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | AUTOMOBILES AND OTHER VEHICLES | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | AUTOMOBILES AND OTHER VEHICLES | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Other personal property of any kind<br>(note and mortgage debt with Dale Wentz) | 33,000.00 | 13,119.52 | | 20,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.69 | FA |
| 22 | Assets   Totals (Excluding unknown values) | **$665,380.00** | **$13,119.52** | | **$20,006.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-72662  
**Case Name:** STEINER, FRANK E  

**Period Ending:** 01/24/11

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/19/08 (f)  
**§341(a) Meeting Date:** 09/19/08  
**Claims Bar Date:** 01/14/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** October 13, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-72662  
**Case Name:** STEINER, FRANK E  
**Taxpayer ID #:** **-***2975  
**Period Ending:** 01/24/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****99-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/05/10 | | Title Underwriters Agency | Sale of 521 15th Avenue, Rockford, after foreclosure of note/mortgage | | | 13,119.52 | | 13,119.52 |
| | {21} | | | 20,000.00 | 1121-000 | | | 13,119.52 |
| | | | 2009 county taxes | -2,003.34 | 2820-000 | | | 13,119.52 |
| | | | 2010 county taxes | -345.78 | 2820-000 | | | 13,119.52 |
| | | | 2008 sold taxes to Winnebago Co. Clerk | -2,675.31 | 2820-000 | | | 13,119.52 |
| | | | realtor commission | -1,200.00 | 3510-000 | | | 13,119.52 |
| | | | title policy | -278.00 | 2500-000 | | | 13,119.52 |
| | | | recording fees | -35.75 | 2500-000 | | | 13,119.52 |
| | | | city/county tax/stamps | -10.00 | 2500-000 | | | 13,119.52 |
| | | | state tax/stamps | -20.00 | 2500-000 | | | 13,119.52 |
| | | | water bill | -191.26 | 2500-000 | | | 13,119.52 |
| | | | sanitary bill | -81.04 | 2500-000 | | | 13,119.52 |
| | | | clear water certification | -40.00 | 2500-000 | | | 13,119.52 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.41 | | 13,119.93 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.08 | | 13,120.01 |
| 04/06/10 | | Wire out to BNYM account 9200******9965 | Wire out to BNYM account 9200******9965 | | 9999-000 | -13,120.01 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -13,120.01 | 0.00 | |
| **Subtotal** | 13,120.01 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,120.01** | **$0.00** | |

{} Asset reference(s)    Printed: 01/24/2011 02:49 PM    V.12.56

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-72662  
**Case Name:** STEINER, FRANK E  

**Taxpayer ID #:** **-***2975  
**Period Ending:** 01/24/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-19 - Trustee Investment Acct  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | FUNDING ACCOUNT:<br>9200******9965 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.28 | | 10,000.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,001.52 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,002.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,004.06 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,004.14 |
| 10/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 10,004.14 |
| 10/01/10 | | To Account #9200******9965 | Close TIA via TIA Rollover | 9999-000 | | 10,004.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,004.14 | 10,004.14 | $0.00 |
| | | | Less: Bank Transfers | | 10,000.00 | 10,004.14 | |
| | | | **Subtotal** | | 4.14 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.14** | **$0.00** | |

{} Asset reference(s)

Printed: 01/24/2011 02:49 PM V.12.56

Case 08-72662    Doc 73    Filed 01/24/11    Entered 01/24/11 14:52:29    Desc Main
Document    Page 10 of 12

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 08-72662  
**Case Name:** STEINER, FRANK E  

**Taxpayer ID #:** **-***2975  
**Period Ending:** 01/24/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9965 | Wire in from JPMorgan Chase Bank, N.A. account ********9965 | 9999-000 | 13,120.01 | | 13,120.01 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 13,120.63 |
| 05/25/10 | | ACCOUNT FUNDED: 9200******9919 | | 9999-000 | | 10,000.00 | 3,120.63 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.65 | | 3,121.28 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,121.46 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,121.65 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 3,121.82 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,121.84 |
| 10/01/10 | | From Account #9200******9919 | Close TIA via TIA Rollover | 9999-000 | 10,004.14 | | 13,125.98 |
| 10/01/10 | 11001 | Carl Swanson, CPA | accountant fees | 3410-000 | | 750.00 | 12,375.98 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,376.08 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,376.17 |
| 12/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 12,376.21 |
| 12/14/10 | | To Account #9200******9966 | final distribution | 9999-000 | | 12,376.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,126.21 | 23,126.21 | $0.00 |
| | | | Less: Bank Transfers | | 23,124.15 | 22,376.21 | |
| | | | **Subtotal** | | 2.06 | 750.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.06** | **$750.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/24/2011 02:49 PM　　V.12.56

Exhibit 9

# FORM 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-72662  
**Case Name:** STEINER, FRANK E  

**Taxpayer ID #:** **-***2975  
**Period Ending:** 01/24/11  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/10 |  | From Account #9200******9965 | final distribution | 9999-000 | 12,376.21 |  | 12,376.21 |
| 12/16/10 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $2,500.00, Trustee Compensation; Reference: | 2100-000 |  | 2,500.00 | 9,876.21 |
| 12/16/10 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 2,500.00 | 7,376.21 |
| 12/16/10 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $4,111.58, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 |  | 4,111.58 | 3,264.63 |
| 12/16/10 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.45% on $3,683.96; Claim# 2; Filed: $3,683.96; Reference: 5121-0796-3631-8559 | 7100-000 |  | 311.47 | 2,953.16 |
| 12/16/10 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.45% on $8,749.50; Claim# 3; Filed: $8,749.50; Reference: 5424-1804-7515-9106 | 7100-000 |  | 739.75 | 2,213.41 |
| 12/16/10 | 106 | Discover Bank/DFS Services LLC | Dividend paid 8.45% on $13,273.75; Claim# 4; Filed: $13,273.75; Reference: 6011-0077-4851-0533 | 7100-000 |  | 1,122.27 | 1,091.14 |
| 12/16/10 | 107 | CHASE BANK USA | Dividend paid 8.45% on $5,400.96; Claim# 5; Filed: $5,400.96; Reference: 5680-3001-0157-9910 | 7100-000 |  | 456.64 | 634.50 |
| 12/16/10 | 108 | Fifth Third Bank | Dividend paid 8.45% on $5,654.79; Claim# 6; Filed: $5,654.79; Reference: 5467-0024-0079-3494 | 7100-000 |  | 478.10 | 156.40 |
| 12/16/10 | 109 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 8.45% on $1,849.79; Claim# 7; Filed: $1,849.79; Reference: | 7100-000 |  | 156.40 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 12,376.21 | 12,376.21 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 12,376.21 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 12,376.21 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$12,376.21** |  |

{} Asset reference(s)  
Printed: 01/24/2011 02:49 PM    V.12.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-72662 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** STEINER, FRANK E | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******99-66 - Checking Account |
| **Taxpayer ID #:** **-***2975 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 01/24/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****99-65** | 13,120.01 | 0.00 | 0.00 |
| **TIA # 9200-******99-19** | 4.14 | 0.00 | 0.00 |
| **MMA # 9200-******99-65** | 2.06 | 750.00 | 0.00 |
| **Checking # 9200-******99-66** | 0.00 | 12,376.21 | 0.00 |
| | $13,126.21 | $13,126.21 | $0.00 |

{} Asset reference(s)    Printed: 01/24/2011 02:49 PM    V.12.56